**FILED**

SEP 1 0 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Case No. 07CR0359-GT |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER TERMINATING** |
| **GISELLE CLAIRE WILSON,** ) | **SUPERVISED RELEASE** |
| ) | |
| Defendant. ) | |
| _____ ) | |

Good cause having been shown, **IT IS HEREBY ORDERED** that Defendant Giselle Claire Wilson's Supervised Release is terminated effective this date.

**IT IS SO ORDERED.**

Dated: 9-10-10

HONORABLE GORDON THOMPSON
**U.S. District Court Judge**
**Southern District of California**